# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | |
|---|---|
| NEAL ALASKA PALMER, | * |
| Petitioner, | *  CIVIL ACTION NO.: 5:20-cv-133 |
| v. | * |
| WARDEN D. GREENWALT, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Neal Palmer ("Palmer") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Palmer's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, **DENIES** as moot Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Palmer *in*

*forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_21\_\_\_ day of \_\_\_January\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA